# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO: 8:24-cr-485-CEH-NHA

JULIAN ANDREWS

_____/

## ORDER

This cause is before the Court following a status conference held on April 21, 2026. At the hearing, defense counsel moved for a continuance of the trial until the July 2026 trial term. The Government had no objection.

Accordingly, the oral motion is **GRANTED**. This case is continued until the **JULY 2026** trial term, commencing July 6, 2026. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the Defendant to a speedy trial. The Court, therefore, determines that the time from today until the end of the July 2026 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Another status conference is scheduled for **June 16, 2026, at 9:30 a.m.** before the undersigned.

**DONE AND ORDERED** in Tampa, Florida, on April 23, 2026.

Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel of Record