UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:24-cr-485-CEH-NHA

JULIAN ANDREWS

**UNOPPOSED MOTION TO CONTINUE
MOTION TO SUPPRESS HEARING**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files this motion for a short continuance of the motion to suppress hearing, currently scheduled for Wednesday, May 27, 2026 at 1:30pm. In support thereof, the Government states as follows:

1.      On November 12, 2024, a federal grand jury returned a five-count indictment charging the Defendant with conspiracy to distribute controlled substance, possession with intent to distribute controlled substances, possession of a firearm in furtherance of a drug trafficking crime, and felon in possession of a firearm. Dkt. 1. Defendant was arraigned on May 19, 2025. *See* Dkt. 14.

2.      On March 13, 2026, the Defendant filed a Motion to Suppress related to the search of a backpack at the time of Defendant's 2022 arrest. Dkt. 36. The Government filed its response on April 3, 2026. Dkt. 39.

3.      The hearing on the Motion to Suppress is scheduled for the afternoon of May 27, 2026. Dkt. 41.

4.      The Government expects to call three witnesses at the hearing. Late last week, one of those three witnesses, a Hillsborough County Sheriff's Deputy, was invited to participate in an awards ceremony that would include recognition of his recent promotion. The ceremony is scheduled to take place at the same time as the hearing.

5.      The Government has conferred with defense counsel, and everyone is available at the following times in the next few weeks: May 29 (afternoon), June 1 (afternoon), June 3 (morning), June 4, June 8, June 11 (afternoon), or June 12 (afternoon).

6.      Defense counsel does not oppose the relief requested.

7.      Therefore, the United States respectfully requests that the Court continue the hearing, if there is a time available that is convenient to the Court and will not cause any undue delay in the hearing.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:      /s/ Michael R. Kenneth
         Michael R. Kenneth
         Assistant United States Attorney
         Florida Bar No. 44341
         400 North Tampa Street, Suite 3200
         Tampa, Florida 33602
         Telephone: 813-274-6000
         Facsimile: 813-274 6103
         E-Mail: michael.kenneth@usdoj.gov

2

**U.S. v. Julian Andrews**                    **Case No.  8:24-cr-485-CEH-NHA**

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system, which will send a notice of

electronic filing to counsel for the parties of record.

> */s/ Michael R. Kenneth*
> Michael R. Kenneth
> Assistant United States Attorney
> Florida Bar No. 44341
> 400 North Tampa Street, Suite 3200
> Tampa, Florida 33602
> Telephone: 813-274-6000
> Facsimile: 813-274 6103
> E-Mail: michael.kenneth@usdoj.gov