# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                CASE NO: 8:24-cr-485-CEH-NHA

JULIAN ANDREWS

_____ /

## **O R D E R**

This cause is before the Court on the United States' Unopposed Motion to Continue Motion to Suppress Hearing (Doc. 48), filed on May 21, 2026. In support of the motion, counsel for the Government indicates that a hearing on Defendant's Motion to Suppress is currently scheduled to take place on Wednesday, May 27, 2026, at 1:30 p.m. At the hearing, the Government expects to call three witnesses; however, late last week, one of those three witnesses, a Hillsborough County Sheriff's Deputy, was invited to participate in an awards ceremony that would include recognition of his recent promotion. The ceremony is scheduled to take place at the same time as the hearing. Consequently, the United States seeks a short continuance of the evidentiary hearing to a date and time that is convenient to the Court. The Court has been advised that defense counsel does not oppose the motion, and everyone is available at the following times in the next few weeks: May 29 (afternoon), June 1 (afternoon), June 3 (morning), June 4, June 8, June 11 (afternoon), or June 12 (afternoon). Having considered the motion, it is hereby,

**ORDERED**:

1. The United States' Unopposed Motion to Continue Motion to Suppress

   Hearing (Doc. 48) is **GRANTED**.

2. The evidentiary hearing on May 27, 2026, at 1:30 P.M. is rescheduled to

   **June 4, 2026, at 1:00 P.M.**

**DONE AND ORDERED** in Tampa, Florida on May 22, 2026.

Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel of Record

2