UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO. 8:24-CR-485-CEH-NHA

JULIAN ANDREWS

**SUPPLEMENTAL RESPONSE TO MOTION TO SUPPRESS**

Background

On March 13, 2026, the Defendant filed a Motion to Suppress related to the search of a backpack at the time of Defendant's 2022 arrest. Dkt. 36. The Government filed its response on April 3, 2026. Dkt. 39. At the request of the Government, the Court recently rescheduled the hearing for June 4, 2026. Dkt. 49.

Supplemental Argument

During its preparation for the Motion to Suppress hearing, the Government identified an additional argument in support of denying the Motion that the Government intends to raise at the hearing. Specifically, during the arrest, Deputy Zachman noted the odor of marijuana coming from the Defendant. See Dkt. 39, Ex. 1 (Dep. Maldonado BWC) at 2:23-2:27.

Under Eleventh Circuit law, the odor of marijuana justifies the search of a person or his property. Merricks v. Adkisson, 785 F.3d 553, 560 n.3 (11th Cir. 2015) ("[T]he smell of burnt marijuana emanating from a vehicle is sufficient probable cause to search a vehicle."); United States v. Hyppolite, 609 F. App'x 597, 605 (11th

Cir. 2015) ("We have held 'the recognizable smell of marijuana gives rise to probable cause supporting a warrantless search.'") (quoting United States v. Lueck, 678 F.2d 895, 903 (11th Cir.1982)); United States v. Crumbley, No. 1:22-CR-446-TCB, 2024 WL 4524808, at *4 (N.D. Ga. Oct. 18, 2024) ("The officers also had probable cause to search the backpack based on the smell of marijuana").

Therefore, for this additional reason, the Court should deny the Defendant's Motion to Suppress the items recovered from the search of the Defendant's backpack.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney


By:        /s/ Michael R. Kenneth
           Michael R. Kenneth
           Assistant United States Attorney
           Florida Bar No. 44341
           400 North Tampa Street, Suite 3200
           Tampa, Florida 33602
           Telephone: 813-274-6000
           Facsimile: 813-274 6103
           E-Mail: michael.kenneth@usdoj.gov

2

**U.S. v. Julian Andrews**                          **Case No. 8:24-cr-485-CEH-NHA**

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the parties of record.

/s/ Michael R. Kenneth
Michael R. Kenneth
Assistant United States Attorney
Florida Bar No. 44341
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: 813-274-6000
Facsimile: 813-274 6103
E-Mail: michael.kenneth@usdoj.gov