UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,  Case No.   8:24-cr-485-CEH-NHA

Plaintiff,          ☐
Government          ☒          ☒ Evidentiary
                               ☐ Trial
                               ☐ Other:

v.

JULIAN ANDREWS

Defendant          ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Deputy Maldonado BWC |
| 2 | | | | Deputy Zachman BWC |
| 3 | | | | HCSO SOP Gen 565.00 |
| 4 | | | | HCSO SOP Gen 504.02 |