UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:24-cr-485-CEH-NHA

JULIAN ANDREWS

### GOVERNMENT'S WITNESS LIST

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, respectfully submits the following list of witnesses

that may be called at the suppression hearing:

1. HCSO Deputy Alexander Maldonado

2. HCSO Deputy Taylor Zachman

3. ATF TFO James Ennis

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    /s/ Michael R. Kenneth
Michael R. Kenneth
Assistant United States Attorney
Florida Bar No. 44341
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: 813-274-6000
Facsimile: 813-274 6103
E-Mail: Michael.Kenneth@usdoj.gov

**U.S. v. Julian Andrews**                    **Case No. 8:24-cr-485-CEH-NHA**

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the parties of record.

/s/ *Michael R. Kenneth*
Michael R. Kenneth
Assistant United States Attorney
Florida Bar No. 44341
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: 813-274-6000
Facsimile: 813-274 6103
E-Mail: Michael.Kenneth@usdoj.gov