**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE CHARLENE EDWARDS HONEYWELL**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:** 8:24-cr-485-CEH-NHA | **DATE:** June 4, 2026 |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JULIAN ANDREWS** | **GOVERNMENT'S COUNSEL:**<br>Michael Kenneth, AUSA<br><br>**DEFENDANT'S COUNSEL:**<br>Ryan J. Maguire, AFPD |
| **COURTROOM:** 13A | **INTERPRETER/LANGUAGE:** N/A |
| **TIME:** 1:04 P.M. – 3:02 P.M. | **TOTAL:** 1 Hour, 58 Minutes |
| **COURT REPORTER:** Sharon A. Miller | **DEPUTY CLERK:** Charmaine A. Black |

**PROCEEDING: MOTION HEARING**

Court in session.

All parties are present, and counsel is identified for the record.

This matter is before the Court today for a hearing on Defendant's Motion to Suppress (Doc. 36).

The Government filed a Response to Motion to Suppress (Doc. 39) as well as a Supplemental Response to Motion to Suppress (Doc. 51).

A discussion is held.

Government's witness, **HCSO Deputy Alexander Maldonado**, is called to the stand, sworn, and testifies.

Government's witness, **HCSO Detective Taylor Zachman**, is called to the stand, sworn, and testifies.

Government's witness, **ATF Task Force Officer Master Detective James Ennis**, is called to the stand, sworn, and testifies.

The Court hears oral arguments from counsel.

A discussion is held.

Defendant to submit a written response to the Government's Supplemental Response by June 11, 2026.

The motion to suppress is taken under advisement.

A written Order will follow.

The Government moves for a continuance to the August 2026 Trial Term. Defendant does not object.

For the reasons stated on the record, the Government's oral motion for a continuance is **GRANTED**. The Court finds that the ends of justice are served by a continuance and outweigh the best interest of the public and the Defendant in a speedy trial. The case is continued to the August 2026 trial term commencing August 3, 2026. The next status conference is set for July 21, 2026, at 9:30 a.m.

Defense counsel's request for protection for the period of August 3rd through August 7th is **GRANTED**.

Court adjourned.