UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,                Case No.   8:24-cr-485-CEH-NHA

    Plaintiff,              ☐
    Government           ☒              ☒ Evidentiary
                                       ☐ Trial
                                       ☐ Other:

    v.

JULIAN ANDREWS

    Defendant            ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | 06/04/2026 | 06/04/2026 | Deputy Alexander Maldonado | Deputy Maldonado BWC |
| 2 | 06/04/2026 | 06/04/2026 | Deputy Alexander Maldonado | Deputy Zachman BWC |
| 3 | 06/04/2026 | 06/04/2026 | Deputy Alexander Maldonado | HCSO SOP Gen 565.00 |
| 4 | 06/04/2026 | 06/04/2026 | Deputy Alexander Maldonado | HCSO SOP Gen 504.02 |