**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.** **Case No. 8:24-cr-00485-CEH-NHA**

**JULIAN CHRISTOPHER ANDREWS,**
**Defendant.**
______________________________________/

**DEFENDANT'S MOTION TO CONTINUE TRIAL AND REQUEST TO SET STATUS CONFERENCE**

Defendant, JULIAN CHRISTOPHER ANDREWS, by and through undersigned counsel, respectfully moves the Court to continue the trial presently set for September 25, 2026, and to place this matter on the Court's next available status-conference calendar so that the parties may address the scheduling of a date-certain jury trial on the remaining counts. In support, Mr. Andrews states:

1. The Court presently has this matter set for a stipulated-facts bench trial on September 25, 2026. Doc. 68.
2. Since that setting was entered, Mr. Andrews has decided not to proceed by stipulated-facts bench trial. Instead, he intends to plead guilty to the drug and drug-conspiracy counts and to proceed to a jury trial on the remaining firearm counts under 18 U.S.C. §§ 922(g) and 924(c). Doc. 69.
3. A change-of-plea hearing on the drug and drug-conspiracy counts is presently scheduled for September 11, 2026, at 9:00 a.m. before the Honorable Natalie Hirt Adams, United States Magistrate Judge. *Id.*

4. Because the September 25 setting contemplated a stipulated-facts bench trial, that setting no longer reflects the manner in which the remaining charges will be tried. A jury trial will require different scheduling and preparation, including jury selection and witness coordination that is workable for the Court and the parties.
5. Counsel therefore requests that the Court continue the September 25, 2026 trial and set this case for a status conference at the Court's next available status-conference hearing. At that hearing, the parties can address the remaining counts and request a date-certain jury trial. Currently, this Court has set the case *Sua Sponte* for Status Conference on September 23, 2026 at 10:00 AM. Doc. 70.

**MEMORANDUM OF LAW**

The requested continuance is not sought for purposes of delay. It is requested to permit orderly resolution of the counts to which Mr. Andrews intends to plead guilty and to allow adequate preparation and scheduling for a jury trial on the remaining counts.

To the extent necessary under the Speedy Trial Act, Mr. Andrews requests that the Court find that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a speedy trial, and that the resulting period of delay be excluded under 18 U.S.C. § 3161(h)(7)(A). The continuance will permit counsel to prepare effectively for the jury trial that

will remain after the partial plea and will avoid unnecessary expenditure of judicial and party resources on a trial setting that no longer matches the posture of the case.

WHEREFORE, Mr. Andrews respectfully requests that the Court continue the trial presently set for September 25, 2026; set this matter for a status conference at the Court's next available status-conference hearing; and thereafter set a date-certain jury trial on the remaining counts.

DATED this 8thd day of September 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*<u>/s/ Ryan J. Maguire</u>*

Ryan J. Maguire
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of September 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to:

Michael Kenneth, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire
Assistant Federal Public Defender