**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v. CASE NO: 8:24-cr-485-CEH-NHA

JULIAN ANDREWS
_________________________________/

**ORDER**

This cause is before the Court on Defendant's Motion to Continue Trial and Request to Set Status Conference (Doc. 72), filed on September 8, 2026. In support of the motion, defense counsel indicates that the case is presently scheduled for a stipulated-facts bench trial on September 25, 2026. However, Defendant has decided not to proceed with the stipulated-facts bench trial, and, instead, will plead guilty to the drug and drug-conspiracy counts. Defendant will then proceed to a jury trial on the remaining firearm counts under 18 U.S.C. §§ 922(g) and 924(c). A change-of-plea hearing on the drug and drug-conspiracy counts is currently scheduled for September 11, 2026, at 9:00 AM before the magistrate judge. Counsel contends that because the September 25th setting contemplated a stipulated-facts bench trial, that setting no longer reflects the manner in which the remaining charges will be tried, and a jury trial will require different scheduling and preparation, including jury selection and witness coordination that is workable for the Court and the parties. The defense, therefore, requests that the trial date be continued and another status conference be scheduled so that the parties can address the remaining counts and request a date-certain jury trial.

Having considered the matter, the Court will grant the motion for a continuance. Accordingly, it is hereby,

**ORDERED**:

1. Defendant's Motion to Continue Trial and Request to Set Status Conference (Doc. 72) is **GRANTED**.
2. The stipulated-facts bench trial scheduled for September 25, 2026, is canceled.
3. The trial in this case is continued to the October 2026 trial term, commencing October 5, 2026. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), the Court finds that the ends of justice served by continuing the case outweigh the best interests of the public and the Defendant to a speedy trial. The Court, therefore, determines that the time from today until the end of the October 2026 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).
4. A status conference has already been scheduled for **SEPTEMBER 23, 2026, at 10:00 AM**, and will proceed as scheduled.

**DONE AND ORDERED** in Tampa, Florida, on September 9, 2026.

Charlene Edwards Honeywell
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel of Record