**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.** **Case No. 8:24-cr-00485-CEH-NHA**

**JULIAN CHRISTOPHER ANDREWS,**
**Defendant.**
___________________________________/

**DEFENDANT'S NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE, AND FACTUAL BASIS**

Defendant, JULIAN CHRISTOPHER ANDREWS, by and through undersigned counsel, respectfully files this Notice of Maximum Penalties, Elements of Offense, and Factual Basis as to Counts Two, Four, and Five, the counts to which he intends to plead guilty, and states as follows:

## ESSENTIAL ELEMENTS

The essential elements of Counts Two and Five, possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1), are:

**First:** The defendant knowingly possessed a controlled substance;

**Second:** The defendant intended to distribute the controlled substance; and

**Third:** The offense involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine.

The essential elements of Count Four, conspiracy to possess with intent to distribute methamphetamine in violation of 21 U.S.C. § 846, are:

**First:** Two or more people agreed to possess with intent to distribute methamphetamine;

**Second:** The defendant knew the unlawful purpose of the agreement and willfully joined it; and

**Third:** The conspiracy involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine.

The essential elements of Count Five, possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1), are:

**First:** The defendant knowingly possessed a controlled substance;

**Second:** The defendant intended to distribute the controlled substance; and

**Third:** The offense involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine.

**PENALTIES**

Count Two carries a mandatory minimum term of imprisonment of five years and a maximum term of forty years, a fine of not more than $5,000,000, a term of supervised release of at least four years, and a $100 special assessment.

Counts Four and Five each carry a mandatory minimum term of imprisonment of ten years and a maximum term of life, a fine of not more than $10,000,000, a term of supervised release of at least five years, and a $100 special assessment.

In addition, property subject to forfeiture as a result of the drug offenses is subject to forfeiture pursuant to 21 U.S.C. § 853.

## FACTUAL BASIS

On August 21, 2022, law enforcement encountered Julian Andrews at a Circle K in Seffner, Florida, where Andrews had been operating a motorcycle. Andrews was carrying a black backpack. After Andrews was detained, law enforcement took possession of and searched the backpack. The backpack contained more than 50 grams of a mixture or substance containing a detectable amount of methamphetamine. Andrews knowingly possessed the methamphetamine and intended to distribute it.

On or about May 17, 2023, law enforcement conducted surveillance of a co-conspirator. The co-conspirator sold approximately 28 grams of methamphetamine behind a restaurant in Temple Terrace after consulting with Andrews, while Andrews was incarcerated. Law enforcement thereafter searched the co-conspirator's vehicle and recovered a digital scale containing methamphetamine residue.

Law enforcement also executed a search warrant at the co-conspirator's residence and recovered over 500 grams of methamphetamine. The methamphetamine belonged to Andrews and was being possessed by the co-conspirator for distribution. A sample of the substance recovered from the residence was laboratory tested and confirmed to be methamphetamine.

Mr. Andrews admits these facts solely as the factual basis for his guilty pleas to Counts Two, Four, and Five.

DATED this 11th day of September 2026.

Respectfully submitted,

**CHARLES L. PRITCHARD, JR.**
**FEDERAL PUBLIC DEFENDER**

/s/ Ryan J. Maguire
Ryan J. Maguire
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of September 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to:

Michael Kenneth, AUSA

/s/ Ryan J. Maguire
Ryan J. Maguire
Assistant Federal Public Defender