UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

The Honorable Natalie Hirt Adams
Courtroom 11A

United States v. Julian Andrews
8:24-cr-00485-CEH-NHA

| | |
|---|---|
| **Date**: September 11, 2026 | **Court Reporter**: Digital |
| | **Interpreter**: N/A |
| **Time**: 9:00 AM–9:28 AM\| Total: 28 Mins | **Deputy Clerk**: Clara Reaves |
| | |
| **Government Counsel** | **Defense Counsel** |
| Michael Kenneth, AUSA | Ryan Maguire, AFPD |

**Change of Plea Hearing**

Plea Agreement filed.

Defendant sworn.

Court finds Defendant competent to enter a plea of guilty.

Defendant consents to magistrate judge presiding over change of plea.

Court advises Defendant of charge, penalties, and rights and reviews Indictment and Defendant's Notice of Maximum Penalties (Doc. 72)

Defendant admits factual basis as read by government from the Defendant's Notice of Maximum Penalties (Doc. 72) Notice of Maximum Penalties.**Court notes facts are fully admitted, or not, and that they cannot be admitted for a limited purpose only.**

Court finds facts admitted support essential elements of Counts Two, four and five (but plans to challenge counts one and three at trial).

Plea of guilty entered by Defendant as to Counts two, four and five of the Indictment.

Court will issue a report and recommendation to the District Judge.

Adjudication of guilt deferred.

Referred to probation for presentence investigation.

Sentencing schedule to be determined.

Defendant directed to report to Probation for interview.

Defendant remanded to the custody of the USMS.

Court in recess.