UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No.: 8:24-cr-00485-CEH-NHA

JULIAN ANDREWS

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

The Defendant, by consent, has appeared before me, pursuant to Federal Rule of Criminal Procedure 11 and Middle District of Florida Local Rule 1.02, and has entered pleas of guilty to Counts Two, Four and Five of the Indictment.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I find that he is entering his guilty pleas knowingly and voluntarily, and that the facts in the Defendant's Notice of Maximum Penalty—which he admitted in open court—form an independent factual basis that satisfies each of the essential elements of the offenses. Therefore, I recommend that his guilty pleas be accepted and that the Defendant be adjudged guilty and sentenced accordingly as to those counts.

**REPORTED** in Tampa, Florida, on September 11, 2026.

Natalie Hirt Adams

NATALIE HIRT ADAMS
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.