UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:24-cr-00485-CEH-NHA

JULIAN ANDREWS

# NOTICE OF APPEARANCE

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Assistant United States Attorney Merrilyn E. Hoenemeyer has been assigned as co-counsel in this case. Please forward all materials in this case to both counsel and co-counsel from this date forward.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: *<u>/s/ Merrilyn E. Hoenemeyer</u>*
Merrilyn E. Hoenemeyer
Assistant United States Attorney
Florida Bar No. 124734
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Merrilyn.Hoenemeyer@usdoj.gov

**U.S. v. JULIAN ANDREWS** **Case No. 8:24-cr-00485-CEH-NHA**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ryan J. Maguire, Esq.

/s/ *Merrilyn E. Hoenemeyer*
Merrilyn E. Hoenemeyer
Assistant United States Attorney
Florida Bar No. 124734
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Merrilyn.Hoenemeyer@usdoj.gov