UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:24-cr-485-CEH-NHA

JULIAN ANDREWS

**GOVERNMENT'S MOTION TO CORRECT SCRIVENER'S ERROR**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby respectfully files its motion to correct a scrivener's error in the Indictment of Julian Andrews, filed in the above-captioned case. The correction to the Indictment is as follows:

Within **Count One** the Glock 43 9X19 pistol is described as having serial number BHTY500. The serial number should be BHYT500.

**Memorandum of Law**

Case law permits the correction of obvious clerical errors. *See, e.g., United States v. Field*, 875 F.2d 130, 133-4 (7th Cir. 1989). "[T]he settled rule in federal courts . . . permits changes in indictments that are merely 'a matter of form' or which correct insignificant clerical errors. . . . An amendment of form and not of substance occurs when the defendant is not misled in any sense, is not subjected to any added burden, and is not otherwise prejudiced." *United States v. Kegler*, 724 F.2d 190, 195 (D.C. Cir. 1983); *United States v. Oliyinka Sobamowo*, 892 F.2d 90, 97 (D.C. Cir.), *cert. denied*, 498 U.S. 825 (1990). An indictment ordinarily may be amended provided that any evidence defendant had before the amendment would be equally

available to him after the amendment. Accordingly, amendments that are merely a matter of form are freely permitted. *United States v. Johnson*, 741 F.2d 1338, 1340-41 (11th Cir.), *cert. denied*, 471 U.S. 1117 (1985); *Russell v. United States*, 369 U.S. 749, 770 (1962).

The defendant does not oppose the Court's granting of this motion.

WHEREFORE, it is respectfully prayed that this Honorable Court enter an order correcting the defendant's name in the case caption and the Indictment (Doc. 1).

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/Erin Claire Favorit*

Erin Claire Favorit
Assistant United States Attorney
Florida Bar No. 104887
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: erin.favorit@usdoj.gov

*/s/Merrilyn E. Hoenemeyer*

Merrilyn E. Hoenemeyer
Assistant United States Attorney
Florida Bar No. 124734
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: merrilyn.hoenemeyer@usdoj.gov

**U.S. v. Julian Andrews** **Case No. 8:24-CR-485-CEH-NHA**

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ryan Maguire, Esq.

*/s/Erin Claire Favorit*
Erin Claire Favorit
Assistant United States Attorney
Florida Bar No. 104887
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: erin.favorit@usdoj.gov

*/s/Merrilyn E. Hoenemeyer*
Merrilyn E. Hoenemeyer
Assistant United States Attorney
Florida Bar No. 124734
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: merrilyn.hoenemeyer@usdoj.gov