**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE CHARLENE EDWARDS HONEYWELL**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:** 8:24-cr-485-CEH-NHA | **DATE:** September 23, 2026 |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JULIAN ANDREWS** | **GOVERNMENT'S COUNSEL:**<br>Erin C. Favorit, DOJ-USAO and<br>Merrilyn E. Hoenemeyer, DOJ-USAO<br><br>**DEFENDANT'S COUNSEL:**<br>Ryan J. Maguire, AFPD |
| **COURTROOM:** 13A | **INTERPRETER/LANGUAGE:** N/A |
| **TIME:** 10:18 A.M. – 10:30 A.M. | **TOTAL:** 22 Minutes |
| **COURT REPORTER:** Lori Cecil Vollmer | **DEPUTY CLERK:** Charmaine A. Black |

**PROCEEDING: STATUS CONFERENCE**

Court in session.

All parties are present, and counsel is identified for the record.

This case was originally scheduled for a stipulated-facts bench trial; however, the Defendant no longer wishes to pursue a bench trial.

On September 11, 2026, Defendant pled guilty to Counts Two, Four, and Five of the Indictment.

Defendant wants to proceed to a jury trial on the remaining Counts One and Three.

Defendant is sworn.

The Court questions the Defendant.

The case is scheduled for trial on October 26, 2026, at 9:30 AM.

The parties estimate the trial will take 3 days to complete.

The Court discusses its trial procedure.

A Pretrial Order will be entered.

The pending Government's Motion to Correct Scrivener's Error (Doc. 82) is GRANTED.

For the reasons stated on the record, the Court finds that the ends of justice are served by a continuance and outweigh the best interest of the public and the Defendant in a speedy trial. The case is continued to the October 2026 trial term for a date-certain trial on October 26, 2026, at 9:30 AM.

Court adjourned.