**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v. CASE NO: 8:24-cr-485-CEH-NHA

JULIAN ANDREWS

---

**ACCEPTANCE OF GUILTY PLEA**
**AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 79), entered on September 11, 2026, to which there has been no objection and the 14-day objection period has expired, the plea of guilty of Defendant Julian Andrews is now accepted, and Defendant Julian Andrews is adjudged guilty of Counts Two, Four, and Five of the Indictment.

**Sentencing is scheduled for December 10, 2026, at 10:00 A.M. before the undersigned.**

**DONE and ORDERED** in Tampa, Florida, on this 29th day of September 2026.

Charlene Edwards Honeywell
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel of Record
United States Probation Office