**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No.: 8:24-cr-485-CEH-NHA**

**JULIAN ANDREWS**
_________________________________/

**NOTICE OF APPEARANCE AS CO-COUNSEL**

The Office of the Federal Public Defender has been appointed by the Court to represent the Defendant, Julian Andrews, in the above-styled cause. The Clerk is requested to enter the appearance of JULIA SEIFER-SMITH, Assistant Federal Public Defender, as co-counsel for the Defendant.

DATED this 30th day of September 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Julia Seifer-Smith*
Julia Seifer-Smith,
Assistant Federal Public Defender
Florida Bar No. 86567
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: julia_seifer-smith@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of September 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Erin C. Favorit, AUSA

*/s/ Julia Seifer-Smith*
Julia Seifer-Smith,
Assistant Federal Public Defender