**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No.: 8:24-cr-485-CEH-NHA**

**JULIAN ANDREWS.**
______________________ /

**UNOPPOSED MOTION TO CONTINUE MOTION HEARING AS TO TIME ONLY DUE TO SCHEDULING CONFLICT**

Defendant, Julian Andrews, by and through undersigned counsel and pursuant to Local Rule 3.08, moves this Court to continue Motion hearing set October 22, 2026, via Zoom Video Conference to 9:00 am or an earlier timeframe that is convenient to the Court. The government is not opposed to this request. As grounds in support thereof, Mr. Andrews, states

1. Mr. Julian Andrews had his initial appearance and arraignment on May 19, 2025, where he was charged via five-count indictment with Possession of A Firearm or Ammunition by a convicted Felon, Possession of a Controlled Substance with Intent to Distribute, Possession or Carrying of a Firearm in Furtherance of or in Relation to a Drug Trafficking Crime, Conspiracy to Possess with Intent to Distribute a Controlled Substance and Possession of a Controlled Substance with Intent to Distribute, all in violation of 18 U.S.C. §922(g), 18 U.S.C. § 924

(c), 21 U.S.C. § 841 and § 846. Docs. 1 and 14.

2. This matter is presently set for a status conference on charges set for trial, commencing on October 26, 2026. Doc. 85.
3. Sentencing for the remaining charges is set on December 10, 2026, before Honorable Judge Charlene Edwards Honeywell. Doc. 88.
4. Mr. Andrews has remained detained since his arrest. Doc. 15.
5. Due to scheduling conflict, defense respectfully asks this Court to move Motion hearing set October 22, 2026, at 2:30 p.m. via Zoom Video Conference to October 22, 2026, at 9:00 a.m, or another time that morning convenient to the Court. [1]
6. Undersigned has conferred with Assistant United States Attorneys Erin Favorit and Merrilyn Hoenemeyer, of which have advised that the government does not oppose the relief sought in this motion. Government counsel, Erin Favorit, has advised that they are not available at 11:00 am on October 22, 2026, due to another hearing at that time.
7. Mr. Andrews is in agreement with this motion.

**MEMORANDUM OF LAW**

---

[1] Undersigned counsel has a change of plea hearing set before Magistrate Judge Natalie Hirt Adams at same date and time as the motion hearing is currently set for where the defendant is traveling from out of state to attend said hearing, *See* US v. Wyro, 8:26-cr-314-MSS-NHA. Doc.7.

Local Rule 3.08 states that a party must timely move for a continuance and explain the reason a continuance is justified and the effort to resolve any scheduling conflict. Mr. Andrews argues that this motion satisfies the criteria of the local rule. This request is made in good faith, in the interest of justice, and not to unnecessarily delay the proceedings.

WHEREFORE, the Defendant, Mr. Julian Andrews, respectfully requests this Honorable Court to reset Motion hearing set on October 22, 2026, to 9:00 am on October 22, 2026, or an earlier time frame that is convenient to the Court.

DATED this 15th day of October 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*_/s/ Ryan J. Maguire_*
Ryan J. Maguire
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of October 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Erin Favorit, AUSA

Merrilyn Hoenemeyer, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender