UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:24-cr-485-CEH-NHA

JULIAN ANDREWS

**UNITED STATES' PROPOSED VOIR DIRE**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, requests that the following questions be posed to the prospective jurors during the voir dire of this case.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/Erin Claire Favorit*
Erin Claire Favorit
Assistant United States Attorney
Florida Bar No. 104887
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: erin.favorit@usdoj.gov

*/s/Merrilyn E. Hoenemeyer*
Merrilyn E. Hoenemeyer
Assistant United States Attorney
Florida Bar No. 124734
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: merrilyn.hoenemeyer@usdoj.gov

**U.S. v. Julian Andrews** **Case No. 8:24-cr-485-CEH-NHA**

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Ryan Maguire, Esq.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/Erin Claire Favorit*
Erin Claire Favorit
Assistant United States Attorney
Florida Bar No. 104887
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: erin.favorit@usdoj.gov

*/s/Merrilyn E. Hoenemeyer*
Merrilyn E. Hoenemeyer
Assistant United States Attorney
Florida Bar No. 124734
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: merrilyn.hoenemeyer@usdoj.gov

## UNITED STATES'S REQUESTED VOIR DIRE NO. 1

Do any of you know me, Federal District Court Judge Honeywell, or my staff?

Do any of you know the prosecutors, Assistant United States Attorneys Erin Favorit, Merrilyn Hoenemeyer, or the case agent James Ennis with the Bureau of Alcohol, Tobacco and Firearms/Hillsborough County Sheriff's Office?

Do you know the Defendant, Julian Andrews?

Do any of you know defense counsel, Ryan Maguire or Julia Seifer-Smith?

Do any of you know any of the potential witnesses in this case? (Read names from the Witness Lists, if applicable.)

# UNITED STATES'S REQUESTED VOIR DIRE NO. 2

Have you ever served on a jury, or a grand jury before, either in state court or in federal court?

If so, when did you serve? Where?

What type of case did you sit in as a juror?

Without telling us the verdict, did the jury on which you served reach a verdict?

Was there anything about that experience you had as a juror which could, in any way, affect your ability to sit as a fair and impartial juror in this type of case and concerning these types of charges?

If you previously sat as a juror in a case, the law which you may have been told in that case may be different from the law that would relate to these criminal charges. Can you assure the Court and counsel for all parties that you will obey and follow the law as I instruct you, even if it is contrary to what you might have been told in the case(s) on which you previously sat as a juror?

**UNITED STATES'S REQUESTED VOIR DIRE NO. 3**

Does everyone recognize that a defendant is presumed innocent until proven guilty beyond a reasonable doubt? Does anyone disagree with that principle? If so, explain.

Does everyone understand that an indictment is a formal written statement by a grand jury charging a person with an offense? Does everyone understand that an indictment is not evidence that the crime charged was committed and may not be considered as evidence by you in deliberations?

## UNITED STATES'S REQUESTED VOIR DIRE NO. 4

Has anyone ever been a witness in any type of court or judicial proceeding?

If so, what type of proceeding did you give testimony in? Were you subject to cross-examination by attorneys for either side in that case or proceeding?

If your answer to any of these questions was "yes," do you feel that your experience as a witness could in any way affect your ability to fairly and impartially evaluate the testimony of the witnesses who will testify in this case?

## UNITED STATES'S REQUESTED VOIR DIRE NO. 5

Have you, any member of your family, or close friend, ever been the victim of a crime?

If so, what happened?

When did this happen?

Was anyone charged or prosecuted as a result, to your knowledge?

If so, did you have to speak to police, appear in court, or give testimony in that regard?

Is there anything in that experience which could in any way affect your ability to render a verdict in a criminal case that would be fair and impartial both to the defendant and to the United States?

## UNITED STATES'S REQUESTED VOIR DIRE NO. 6

Has any member of the jury panel, or any family member, relative, or close friend or acquaintance of yours, ever been investigated by any federal, state, or local law enforcement agency?

If so, what was the subject of the investigation? What was the outcome of the matter?

Have you or any family member, relative, or close friend ever been arrested, charged, or convicted of any crime?

If so, what was the crime? What was the outcome of the case?

Would this experience in any way cause you to be unable to evaluate fairly and impartially the evidence and testimony of the witnesses who will testify on behalf of the United States?

## UNITED STATES'S REQUESTED VOIR DIRE NO. 7

Do you have any member of your family, close friend, or acquaintance who is involved in law enforcement, including state or federal police officers, sheriff's deputies, or law enforcement agents, such as agents of the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), or any other state or federal law enforcement agency?

If so, who do you know? What does that person do? What is the nature of your relationship to that person?

Could the fact that you have such a friend or relative in any way affect your ability to be a fair and impartial juror sitting in a criminal case and evaluating the testimony of law enforcement officers?

Does any member of the jury panel have any matter pending before the United States Attorney's Office in this district or any other district in which you are involved as a party, witness, or subject of some legal action?

If so, please explain what type of matter it is and what your involvement in it is.

## UNITED STATES'S REQUESTED VOIR DIRE NO. 8

Does any member of the jury panel have any strong feelings or opinions concerning the United States government, the Department of Justice, the Florida state government or, more specifically, the Hillsborough County Sheriff's Office, the Florida Department of Law Enforcement, Tampa Police Department, or the Bureau of Alcohol, Firearms, and Tobacco, which might in any way affect your ability to be a fair and impartial juror in a case such as this?

Has any member of the jury panel ever had a bad or negative experience with an employee of the Department of Justice, Hillsborough County Sheriff's Office, ATF, FDLE, or the Tampa Police Department? If so, what happened?

Would that experience affect your ability to evaluate the testimony of witnesses from the Department of Justice, Hillsborough County Sheriff's Office, ATF, FDLE, or the Tampa Police Department, fairly and impartially?

**UNITED STATES'S REQUESTED VOIR DIRE NO. 9**

Has any member of the jury panel had an encounter with a law enforcement officer that made you question that officer's credibility? In other words, is there any member of the jury panel that will not believe the testimony of any person that appears in a law enforcement uniform?

Is there any member of the jury panel who believes law enforcement officers are either less truthful or more truthful than other individuals? Can you all assure the Court and both counsel that you will evaluate the testimony of any law enforcement witness fairly and without any bias or prejudice?

**UNITED STATES'S REQUESTED VOIR DIRE NO. 10**

This is a criminal case. The defendant has been charged with the commission of federal crimes in an indictment filed by a grand jury sitting in this federal district.

In summary, Count Two of the indictment charges the defendant with knowingly possession a firearm or ammunition by a conviction felony. Count Three of the indictment charges the defendant with knowingly possessing a firearm in furtherance of a drug trafficking crime.

Does any juror have any personal knowledge of the events or charges in the indictment as I have described them?

Does any juror feel that he or she could not decide fairly and impartially a case involving such charges?

**UNITED STATES'S REQUESTED VOIR DIRE NO. 11**

Does any juror have any personal knowledge or family experience relating to the use of controlled substances?

Do any among you believe that controlled substances currently outlawed in this country, like heroin, cocaine, methamphetamine, fentanyl, or marijuana, should be made legal?

If yes, can you put aside your personal feelings on such issues and obey the Court's instruction as to the law? To put it another way, can you assure the Court and counsel that you will follow the Court's instruction as to the charge even though you may personally disagree with that law or those instructions?

Does any juror believe that the government should not prosecute crimes involving the violation of federal laws regulating controlled substances? If so, is there any exception to that belief?

**UNITED STATES'S REQUESTED VOIR DIRE NO. 12**

Does any member of the jury panel have any special knowledge or experience with firearms? If so, what, and where did you obtain that knowledge? Can you assure all the parties that you will not substitute your experience and knowledge about these matters for the evidence and testimony that you will hear about the firearm involved in this case?

Do any members of the jury panel belong to any organization advocating either for or against the right to own and possess firearms? If so, what organization do you belong to? What is its position on these issues?

Does any member of the jury panel have strong feelings about the ownership or possession of firearms?

Does any member of the jury panel believe that there should be no laws or restrictions regarding the ownership or possession of firearms?

## UNITED STATES'S REQUESTED VOIR DIRE NO. 13

Does anyone feel that you would be unable to follow the Court's instruction that in reaching your verdict in this case, you may not consider what punishment the defendant might receive if you voted to convict him? In other words, is there anyone who could not focus only on whether the evidence presented at trial proved that the defendant was guilty of the crimes charged, and not allow their decision to be colored by thinking about what sentence the defendant might receive if found guilty?

## UNITED STATES'S REQUESTED VOIR DIRE NO. 14

There are many different types of evidence. For example: witness testimony, documents, fingerprints, photographs, etc. The United States is not required to use certain types of evidence in its case.

Is there anyone here that would require the United States to have a certain type of evidence? Is there anyone that would require the United States to present more than witness testimony alone?

**<u>UNITED STATES'S REQUESTED VOIR DIRE NO. 15</u>**

The United States has the burden to prove that the defendant committed the crimes alleged in the indictment beyond a reasonable doubt.

Is there anyone who would require the United States to prove more than beyond a reasonable doubt? For example, beyond all possible doubts?

**UNITED STATES'S REQUESTED VOIR DIRE NO. 16**

Is there anyone who has a physical or mental difficulty, or personal obligation, that would prevent him or her from concentrating on what is presented in court during 8-hour days over what could be a three-day trial?

**UNITED STATES'S REQUESTED VOIR DIRE NO. 17**

Do any among you have any conscientious objection, religious belief, or other mental reservation such that you could not, in good faith and in good conscience, sit as a juror in this criminal case and return a verdict of guilty if you believed from all the evidence that the United States has proved its case beyond a reasonable doubt?

To put it another way, is there anyone here who feels that, for any moral or religious reasons, he or she cannot sit in judgment of another human being?

Do any among you feel that you would be unable to follow the Court's instruction that in reaching your verdict in this case, you must not be influenced in any way by either sympathy or prejudice for or against either the defendant or the United States?

Is there anything you have seen or heard today that would make it hard for you to judge this case fairly and impartially?

Is there anything you would prefer to discuss in private?

Is there anything we have not asked you that you think we should know?

**UNITED STATES'S REQUESTED VOIR DIRE NO. 18**

Does any of you who did not raise your hand in response to a previous question, realize now that perhaps you should have?

Is there anyone who has a reason they have not stated for which they believe they cannot be fair and impartial, or cannot otherwise sit on this jury, whether or not that reason is responsive to a questions already asked?

Is there anything we have not asked about you that you think we should know?