UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:24-cr-485-CEH-NHA

JULIAN ANDREWS

**GOVERNMENT'S WITNESS LIST**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called in the government's case-in-chief:

1. James Ennis, Bureau of Alcohol Tobacco and Firearms
2. William Grimmer, Bureau of Alcohol Tobacco and Firearms
3. Juan Alvarez, Tampa Police Department
4. Taylor Zackman, Hillsborough County Sheriff's Office
5. Alexander Maldonado, Hillsborough County Sheriff's Office
6. William Kim, Florida Department of Law Enforcement
7. Yanci Nanita

The United States reserves the right to call additional witnesses during the trial of this case, if appropriate.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/Erin Claire Favorit*
Erin Claire Favorit
Assistant United States Attorney
Florida Bar No. 104887
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: erin.favorit@usdoj.gov

*/s/Merrilyn E. Hoenemeyer*
Merrilyn E. Hoenemeyer
Assistant United States Attorney
Florida Bar No. 124734
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: merrilyn.hoenemeyer@usdoj.gov

**U.S. v. Julian Andrews** **Case No. 8:24-cr-485-CEH-NHA**

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ryan Maguire, Esq.

*/s/Erin Claire Favorit*
Erin Claire Favorit
Assistant United States Attorney
Florida Bar No. 104887
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: erin.favorit@usdoj.gov

*/s/Merrilyn E. Hoenemeyer*
Merrilyn E. Hoenemeyer
Assistant United States Attorney
Florida Bar No. 124734
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: merrilyn.hoenemeyer@usdoj.gov