UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:24-cr-485-CEH-NHA

JULIAN ANDREWS

**UNITED STATES OF AMERICA'S NOTICE OF FILING**
**A DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS**

Pursuant to Rules 803(6) and 902(11) of the Federal Rules of Evidence, the United States files the attached Declaration of Authentication of Business Records, concerning the Glock firearm. The declaration of Carlos Guevara is attached hereto as Exhibit A and was produced to defense counsel. In filing this notice and the attached declaration, and serving same upon the defendant, the United States hereby gives notice that it may offer one or more of the records identified in the declaration into evidence at trial in this case. Under the cited rules, live testimony of a records custodian is not necessary to authenticate these records.

WHEREFORE, the evidence described and referenced in this notice should be admitted at trial pursuant to Federal Rules of Evidence 803(7) and 902(11).

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/Erin Claire Favorit*
Erin Claire Favorit
Assistant United States Attorney
Florida Bar No. 104887
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: erin.favorit@usdoj.gov

*/s/Merrilyn E. Hoenemeyer*
Merrilyn E. Hoenemeyer
Assistant United States Attorney
Florida Bar No. 124734
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: merrilyn.hoenemeyer@usdoj.gov

**U.S. v. Andrews** **Case No. 8:24-cr-485-CEH-NHA**

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*/s/Erin Claire Favorit*
Erin Claire Favorit
Assistant United States Attorney
Florida Bar No. 104887
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: erin.favorit@usdoj.gov

*/s/Merrilyn E. Hoenemeyer*
Merrilyn E. Hoenemeyer
Assistant United States Attorney
Florida Bar No. 124734
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: merrilyn.hoenemeyer@usdoj.gov