# Attachment A

**DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS**

I, Carlos Guevara, am the custodian of records or am otherwise
(name)
qualified to authenticate the records of GLOCK, Inc.
(company or business)

I have provided the following records to the United States.
List of records provided:

GLOCK GesmbH, invoice no. DR-0036680, dated 18-Jun-2018 (1 page); and

GLOCK, Inc., invoice no. SI-0377755, dated 17-Oct-2018 (2 pages).

Under Federal Rules of Evidence 803(6) and 902(11), as amended December 1, 2000, I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

The address and phone number where I can be reached are:

6000 Highlands Parkway SE

Smyrna, GA 30082

(404) 630-5304

Name and Signature Carlos Guevara, CEO

10/16/2026
Date