**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No. 8:24-cr-485-CEH-NHA**

**JULIAN ANDREWS**
_______________________________________ /

**DEFENDANT'S MOTION FOR ATTORNEY EXAMINATION DURING VOIR DIRE AND PROPOSED VOIR DIRE QUESTIONS**

Defendant Julian Andrews asks the Court to let the attorneys ask questions of potential jurors under Rule 24(a)(1) of the Federal Rules of Criminal Procedure. If the Court asks the questions, Mr. Andrews asks that counsel be allowed to ask more questions under Rule 24(a)(2)(A) or give the Court more questions to ask under Rule 24(a)(2)(B).

Mr. Andrews also asks the Court to allow private follow-up questions when a juror shares an experience or belief that may affect the juror's ability to be fair. Counsel asks to take part in that follow-up, or to give the Court questions to ask, so the Court can fully review any possible bias.

The defense agrees with the United States' Proposed Voir Dire Questions Nos. 1, 2, 4, 5, 6, 7, 13, 16, and 18 (Doc. 99), and also asks the Court to ask those questions. The defense asks the Court to ask the following questions as well:

**DEFENDANT'S PROPOSED VOIR DIRE NO. 1**
**GUNS AND DRUG DEALING**

1. Does anyone believe that if a person deals drugs and has a gun at the same time, that alone proves the gun was there to help with the drug dealing?

2. Does anyone believe that if a person who deals drugs has a gun, the gun must be there to protect the drugs, the money, or that person? If so, why do you feel that way?

3. Would anyone have trouble finding a person not guilty of having a gun to help with drug dealing, even if the government proved that person dealt drugs and had a gun, but did not prove the gun was there to help with the drug dealing?

4. The government must prove every part of each charge beyond a reasonable doubt. If the government proves some parts but not every part, would anyone have trouble voting not guilty on that charge?

5. Does anyone believe that just knowing a gun is there while moving drugs proves the gun was there to help with drug dealing?

## DEFENDANT'S PROPOSED VOIR DIRE NO. 2
## DRUG DEALING AND DRUG USE

6. Have you, a family member, or a close friend ever been hurt by drug use, an overdose, or drug dealing? Could that make it hard for you to be fair in this case?

7. Does anyone have such strong feelings about people who sell drugs that it would be hard to give a person charged with drug dealing a fair trial?

8. If the government proves that someone dealt drugs, would anyone be more likely to think that person was also guilty of a different crime?

## DEFENDANT'S PROPOSED VOIR DIRE NO. 3
## GUN VIOLENCE

9. Have you, a family member, or a close friend ever been hurt by gun violence or been the victim of a crime with a gun? Could that make it hard for you to be fair in this case?

10. Does anyone believe that a person who deals drugs and has a gun must be willing to use the gun to hurt someone?

11. Would anyone have trouble following the judge's instructions on what the government must prove because they believe people who deal drugs should never have guns?

## DEFENDANT'S PROPOSED VOIR DIRE NO. 4
## RUNNING FROM THE POLICE

12. Have you or someone close to you ever been part of an event where someone ran from the police? Would that affect how you view the facts in this case?

13. Does anyone believe that if a person runs from the police, that person must be guilty of any crime the police later charge?

14. Does anyone believe a person would never run from the police unless the person was guilty of the crime the police were looking into? Could you think about other reasons why a person might run?

15. Does anyone have such strong feelings about people who run from the police or do not follow police orders that it would be hard to be fair in a case involving a police chase?

**DEFENDANT'S PROPOSED VOIR DIRE NO. 5**
**PAST FELONY CONVICTIONS**

16. You may hear that Mr. Andrews was convicted of a felony before. Would anyone believe that this makes him more likely to be guilty of the charges in this case?

17. Would hearing that Mr. Andrews has a past felony conviction make it harder to treat him as innocent of the charges being tried now?

## DEFENDANT'S PROPOSED VOIR DIRE NO. 6
## POLICE OFFICERS AND THE PROOF

20. Does anyone believe that a police officer should always be believed more than another witness just because the person is a police officer?

21. Police officers may talk about what they have seen in other drug cases. Would anyone have trouble telling the difference between what an officer says often happens and what the proof shows happened in this case?

22. Would anyone have trouble looking closely at police work, including proof the police did not find or collect, when deciding whether the government proved its case?

**DEFENDANT'S PROPOSED VOIR DIRE NO. 7**
**THE RIGHT NOT TO TESTIFY**

23. Does anyone believe an innocent person would always testify in court to tell their side of the story? Would anyone have trouble voting not guilty without hearing from Mr. Andrews?

For these reasons, Mr. Andrews asks the Court to allow attorney-led voir dire; ask the agreed government questions and the defense questions listed above; and allow private follow-up questions, with counsel taking part or offering more questions, when needed to learn whether a juror can be fair.

Dated this 19th day of October 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

/s/ Ryan J. Maguire
Ryan J. Maguire
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa Street, Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I CERTIFY that on 19th day of October 2026, I filed this document with the Clerk of Court through CM/ECF, which will send notice to counsel of record.

/s/ Ryan J. Maguire
Ryan J. Maguire