UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA, Case No. 8:24-cr-485-CEH-NHA

Plaintiff, ☐
Government ☒

☐ Evidentiary
☒ Trial
☐ Other

v.

JULIAN ANDREWS

Defendant ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 100 | | | | Body-worn Camera 1 Maldonado |
| 100a | | | | Screen grab showing defendant with backpack while on motorcycle |
| 100b | | | | Screen grab showing defendant running with backpack |
| 100c | | | | Screen grab showing defendant with backpack in right hand |
| 100d | | | | Screen grab showing defendant with backpack in left hand |
| 100e | | | | Screen grab showing defendant laying on backpack |
| 100f | | | | Screen grab showing Deputy Zackman moving backpack |
| 101 | | | | Body-worn Camera 2 Zackman |
| 101a | | | | Screen grab showing initial opening of backpack |
| 102 | | | | Body-worn Camera 3- Zackman |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 103 | | | | Google Map of Chase |
| 103a | | | | Google Map of Chase Zoomed |
| 200 | | | | Black Backpack |
| 201 | | | | Glock 43 9mm Pistol |
| 202 | | | | 9mm Bullets |
| 203 | | | | Rick and Morty container with scale |
| 204 | | | | Ledger |
| 205 | | | | 256 grams Methamphetamine |
| 206 | | | | 13 grams oxycodone pills |
| 207 | | | | 11 grams crack cocaine |
| 208 | | | | 26 grams marijuana |
| 300 | | | | Photo of motorcycle on side |
| 301 | | | | Photo of closed backpack on scene |
| 302 | | | | Photo of contents of backpack and defendant's pockets |
| 303 | | | | Photo of scale |
| 304 | | | | Photo of gun on truck bed showing serial number |
| 305 | | | | Photo of close-up of gun and bullets |
| 306 | | | | Photo of ledger |
| 307 | | | | Photo of cash on truck bed |
| 308 | | | | Photo of one bag of Methamphetamine |
| 309 | | | | Photo of second bag of Methamphetamine |
| 310 | | | | Photo of all drugs found in backpack |
| 311 | | | | Photo of bag of marijuana |
| 312 | | | | Photo of bag of crack cocaine |
| 313 | | | | Photo of bag of oxycodone pills |
| 400 | | | | Felon stipulation |
| 401 | | | | Guilty plea stipulation |
| 402 | | | | Glock invoice records |
| 403 | | | | Certified felony convictions |
| | | | | |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |