**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No: 8:24-cr-485-CEH-NHA**

**JULIAN ANDREWS**

**________________________________/**

**DEFENDANT'S NOTICE RE: VERDICT FORM**

Julian Andrews, by and through undersigned counsel, agrees that the Government's proposed verdict form is sufficient in this case. The form has been sent via email to chambers.

Respectfully submitted this 20th day of October 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*

Ryan J. Maguire
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone:(813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of October 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to counsel of record.

*/s/ Ryan J. Maguire*

Ryan J. Maguire,
Assistant Federal Public Defender