# EXPERT WITNESS DISCLOSURE

**Case:** **U.S. v. Julian Andrews**

**Expert:** **Juan Alvarez**

Under Federal Rule of Criminal Procedure 16(a)(1)(G), this disclosure includes a complete statement of all opinions rendered by this witness that the government intends to use during its case-in-chief at trial under Federal Rules of Evidence 702, 703, or 705, or during its rebuttal to counter testimony that the defendant has timely disclosed under (b)(1)(C). It additionally includes the basis and reasons for the opinions of the witness, the qualifications of the witness, publications authored by the witness in the previous 10 years, and a list of all other cases in which, during the previous 4 years, the witness has testified as an expert.

Juan Alvarez is an expert in the field of narcotics and drug trafficking investigations. He is employed by the Tampa Police Department and is also a Task Force Officer with the FBI. Since 2008, Alverez has been assigned to narcotics investigation. He has specialized in narcotics investigations within the Tampa Police Departments Criminal Investigation Division since 2012. FBI Safe Streets Task Force since 2014. Alvarez has conducted over 1000 narcotic investigations, 300 – 500 controlled undercover narcotic purchases, and approximately 100 controlled undercover narcotic sales.

**The Witness's Opinions**

At trial, Detective Alvarez will provide general background information regarding drug trafficking and the characteristics of drug traffickers and dealers. He will testify to the frequency of use of firearms by drug traffickers and dealers. He will further testify that, in his experience, narcotics distributors often distribute their product from vehicles, and that they will keep a firearm in the vehicle while the distribute drugs.

Detective Alvarez will further testify that the firearm is used for protection. Drug traffickers typically have cash and drugs with them and can have a combination of each depending on the point of sales. Other people want to take the assets, drugs and money. The only way to protect the product and proceeds is with a firearm because the illicit nature prohibits calling law enforcement to report the theft.

Detective Alvarez will further testify that he has reviewed the report in this case and that the evidence is consistent with possession with intent to distribute. He will further testify that the evidence is consistent with the firearm being used for protection of the product and the individuals.

**The Basis and Reasons for the Witness's Opinions**

The opinions of Detective Alvarez are based on his personal review of the above-discussed evidence in this case, as well as his years of experience investigating these types of cases. Based on his review of the following evidence:

HSCO reports from DISC 00149- DISC 00222, and trial exhibits 100a, 100b, 200, 201, 202, 203, 204, 205, 206, 207, 208, 300, 301, 302, 303, 304, 305, 306, 307, 308,

309, 310, 311, 312, 313, Detective Alvarez finds that Julian Andrews was possessing the firearm in furtherance of drug trafficking.

**Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), I approve the foregoing disclosure.**

**Juan Alvarez, TPD, FBI**

Detective Alvarez testified as an expert five times in the last four years:

1) U.S. v. Elias Xavier Rosario Torres, 8:22-cr-363-KKM-JSS

2) U.S. v. Lewis Scott, 8:24-cr-77-VMC-NHA

3) U.S. v. Georgelys Vasquez, 8:24-cr-22-KKM-TGW

4) U.S. v. Hector Nunez, 8:25-cr-445-KKM-AEP

5) U.S v. John Andre Morrison and Marquis Karon Morrison, 8:25-cr-439-VMC-NHA

If you have any questions, please contact me at (813) 274-6000.

Sincerely,
GREGORY W. KEHOE
United States Attorney

*/s/ Erin Claire Favorit*
Assistant United States Attorney

*s/ Merrilyn E. Hoenemeyer*
Assistant United States Attorney