**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE CHARLENE EDWARDS HONEYWELL**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:** 8:24-cr-485-CEH-NHA | **DATE:** October 23, 2026 |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JULIAN ANDREWS** | **GOVERNMENT'S COUNSEL:**<br>Merrilyn E. Hoenemeyer, DOJ-USAO, and<br>Erin C. Favorit, DOJ-USAO<br><br>**DEFENDANT'S COUNSEL:**<br>Ryan J. Maguire, AFPD, and<br>Julia Seifer-Smith, AFPD |
| **COURTROOM:** *via* Zoom | **INTERPRETER/LANGUAGE:** N/A |
| **TIME:** 9:05 A.M. – 10:00 A.M. | **TOTAL:** 55 Minutes |
| **COURT REPORTER:** David Collier | **DEPUTY CLERK:** Charmaine A. Black |

**PROCEEDING: MOTION HEARING**

Court in session.

Counsel is present *via* Zoom video conference and identified for the record.

This matter is before the Court today for a hearing on the Government's Motion *in Limine* to Exclude Defendant's Exculpatory Statements (Doc. 91) and Defendant's Unopposed Motion to Continue Sentencing Hearing (Doc. 96). The Court will also address Defendant's Motion to Exclude or Limit the Expert Testimony of Juan Alvarez and Alternative Request for Complete Disclosure and a Pretrial Hearing (Doc. 108).

The Court hears arguments from counsel.

For the reasons articulated on the record, the Court defers ruling on the Government's Motion *in Limine* to Exclude Defendant's Exculpatory Statements (Doc. 91).

As for Defendant's Motion to Exclude or Limit the Expert Testimony of Juan Alvarez and Alternative Request for Complete Disclosure and a Pretrial Hearing (Doc. 108), the Court directs the Government to file, by Friday, October 30, 2026, an amended/supplemental disclosure that complies with Rule 16 of the Federal Rules of Criminal Procedure. In the meantime, the parties are directed to discuss the potential *Giglio* issues.

As stated on the record, the Court will continue the trial until the December 2026 trial term, which commences December 7, 2026. The Court finds that the ends of justice served by

granting such a continuance outweigh the best interests of the public and Defendant to a speedy trial.

Government's counsel shall inform the Deputy Clerk by close of business on Monday, October 26, 2026, whether they are available for a date-certain jury trial in December 2026.

Defendant's Unopposed Motion to Continue Sentencing Hearing (Doc. 96) is GRANTED. The sentencing hearing will be rescheduled.

Court adjourned.