**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v. CASE NO: 8:24-cr-485-CEH-NHA

JULIAN ANDREWS

---

# ORDER

This cause came on for consideration upon Defendant's Unopposed Motion to Continue Sentencing Hearing (Doc. 96), filed on October 15, 2026, in which Defendant, by and through his counsel, requests that his sentencing hearing as to Counts Two, Four, and Five of the Indictment, currently scheduled for December 10, 2026, be continued to a later date in January 2027. In support of the motion, defense counsel indicates that Defendant's trial as to Counts One and Three is presently set to commence on October 26, 2026. However, Defendant does not wish to conduct a presentence interview until the trial has concluded. The Court has been advised that the Government does not object to the requested continuance. Having considered the matter, the Court will continue the sentencing hearing. Accordingly, it is now

**ORDERED:**

1. Defendant's Unopposed Motion to Continue Sentencing Hearing (Doc. 96) is **GRANTED**.

2. The sentencing hearing on December 10, 2026, at 10:00 AM, is rescheduled for February 25, 2027, at 11:00 AM.

**DONE AND ORDERED** in Tampa, Florida, on October 26, 2026.

Charlene Edwards Honeywell
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel of Record
United States Probation Office