CURRICULUM VITAE

# ***Juan P. Alvarez, Senior Detective***

Criminal Investigation Division
Tampa Police Department

411 North Franklin Street.,
Tampa, FL 33602
Mobile: 813.727.6262
Email: juan.alvarez@tampagov.net
jpalvarez@fbi.gov

## PROFESSIONAL EXPERIENCE

2025 to Present

**Task Force Officer - Panama Express Strike Force (PANEX)**
Federal Bureau of Investigation (FBI)
Tampa Field Division

**Duties:** Focuses primarily on interrupting narcotic shipments en route from South and central American countries.

2014 to 2025

**Task Force Officer - Tampa Bay Safe Streets Task Force**
Federal Bureau of Investigation (FBI)
Tampa Field Division

**Duties:** Focuses violent crimes, organized street gangs, narcotics trafficking origination.

2012 to Present

**Police Detective - High Intensity Drug Trafficking Areas (HIDTA)**
Criminal Investigation Division (CID)
Tampa Police Department

**Duties:** Focuses on drug trafficking organizations. To reduce drug related crime and violence by dismantling major drug trafficking and money laundering organizations.

2008 to 2011

**Police Officer - Street Anti Crimes (SAC), Rapid Control Offender (ROC)**

**Duties:** Focuses on street level narcotics investigation, human trafficking and violent crimes.

2004 to 2007

**Police Officer- Patrol.**

**Duties**: Maintain public safety, deter crime, and respond to calls within a designated geographic area.

**EDUCATION**

| | |
|---|---|
| 2001-2003 | Saint Petersburg College<br>Associates in Science<br>Minor: Crime Scene Technology |
| 1996-2001 | University of South Florida<br>Bachelor in Arts Criminology<br>Major: Criminology |
| 1996 | Thomas Jefferson High School<br>High school dipolma. |

---

**PROFESSIONAL TRAINING RECEIVED**

Police Academy

Reid Technique Interview/Interrogation

Narcotics Identification / Investigation

DEA basic Narcotics /Dangerous Drugs

Clandestine Lab Certification Proactive

Interdiction Identification

Hotel/Motel Interdiction

Wiretapping / Electronic Surveillance

Basic Gang Specialist

Advance Gang Specialist

Basic Undercover Operations Advance

Advance Undercover Operations

**AWARDS AND COMMENDATIONS**

FBI recogniztion award for excellence (2018)

Major David Fairbanks Award (2018)

Florida Narcotic Officers's Association - Detective of the Year (2018)

Tampa Police Department Officer of the Month : February (2015)

5 Unit Citations Awards: (2025, 2017, 2017, 2014, 2008)

3 Safe Driving Awards: (2023, 2017, 2012)

1 Excellent Duty Awards: (2010)

1 Certificate of Appreciation: (2009)

1 Certificate of Recognition: (2004)

**PRIOR EXPERTTESTIMONY**

U.S. v. Elias Xavier Rosario Torres, 8:22-cr-363-KKM-JSS

U.S. v. Lewis Scott, 8:24-cr-77-VMC-NHA

U.S. v. Georgelys Vasquez, 8:24-cr-22-KKM-TGW

U.S. v. Hector Nunez, 8:25-cr-445-KKM-AEP

U.S v. John Andre Morrison and Marquis Karon Morrison, 8:25-cr-439-VMC-NHA