**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE CHARLENE EDWARDS HONEYWELL**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:** 8:24-cr-485-CEH-NHA | **DATE:** November 23, 2026 |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JULIAN ANDREWS** | **GOVERNMENT'S COUNSEL:**<br>Merrilyn E. Hoenemeyer, DOJ-USAO, and<br>Erin C. Favorit, DOJ-USAO<br><br>**DEFENDANT'S COUNSEL:**<br>Ryan J. Maguire, AFPD, and<br>Julia Seifer-Smith, AFPD |
| **COURTROOM:** *via* Zoom | **INTERPRETER/LANGUAGE:** N/A |
| **TIME:** 11:04 A.M. – 11:28 A.M. | **TOTAL:** 24 Minutes |
| **COURT REPORTER:** Deanna Cassio | **DEPUTY CLERK:** Charmaine A. Black |

**PROCEEDING: MOTION HEARING & STATUS CONFERENCE**

Court in session.

Counsel is present *via* Zoom video conference and identified for the record.

This matter is before the Court today for a status conference and motion hearing regarding Defendant's Motion to Exclude or Limit the Expert Testimony of Juan Alvarez and Alternative Request for Complete Disclosure and a Pretrial Hearing (Doc. 108).

The Court hears arguments from counsel.

For the reasons articulated on the record, Defendant's Motion to Exclude or Limit the Expert Testimony of Juan Alvarez and Alternative Request for Complete Disclosure and a Pretrial Hearing (Doc. 108) is **GRANTED-in-part and DENIED- in- part**.

A date-certain jury trial is set for December 14, 2026, at 9:30 AM.

Both parties are ready for trial.

Counsel is directed to be in the courtroom at 9:15 AM on December 14, 2026.

Court adjourned.